**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JESUS O.,

                Plaintiff,                      7: 22 **CIVIL** 1574 (GRJ)

    -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Decision and Order dated September 5, 2023, Plaintiffs Motion for Judgment on the Pleadings (Docket No. 21) is GRANTED; the Commissioners Motion for Judgment on the Pleadings (Docket No. 25) is DENIED; and this case is REMANDED for further proceedings consistent with this Decision and Order. Accordingly, this case is closed.

**Dated:**  New York, New York
         September 6, 2023

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

                          **BY:**

                                                  **Deputy Clerk**